JOHN W. LAWRENCE *v.* H. E. BUCKLEN.

January 5, 1891.

Appeal—Direction of Verdict not Excepted to.—Where no exceptions are taken upon the trial of a case, and none to an instruction by the court to the jury that its verdict must be in favor of one of the parties for a certain sum, there is nothing for this court to review upon appeal.

Appeal by defendant from an order of the district court for Ramsey county, *Kelly*, J., presiding, refusing a new trial after verdict of $251.54 directed for plaintiff.

*McClure & Akers*, for appellant.

*Warner, Richardson & Lawrence*, for respondent.

*By the Court.* No exceptions whatever were taken to the rulings of the court upon the trial of this action, and at its conclusion the court directed the jury to find a verdict for the plaintiff in a certain sum. This instruction was not excepted to, and the verdict was returned for the sum stated. There is nothing for this court to review, and the order refusing a new trial is affirmed.